IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Barber 4th, Richard | Case Number: 07 B 17275 |
| | Judge: Wedoff, Eugene R |
| Printed: 1/29/08 | Filed: 9/21/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 13, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 213.02 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 201.52 |
| Trustee Fee: | | 11.50 |
| Other Funds: | | 0.00 |
| Totals: | 213.02 | 213.02 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,493.00 | 201.52 |
| 2. | Resurgent Capital Services | Unsecured | 9.63 | 0.00 |
| 3. | University Pathologists PC | Unsecured | 24.15 | 0.00 |
| 4. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 5. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 6. | MSDHS/METSS | Priority | | No Claim Filed |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 8. | MRSI | Unsecured | | No Claim Filed |
| 9. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 10. | MSDHS/METSS | Unsecured | | No Claim Filed |
| 11. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 12. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 13. | M3 Financial Services | Unsecured | | No Claim Filed |
| 14. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 15. | Medical Collections | Unsecured | | No Claim Filed |
| 16. | Medical Collections | Unsecured | | No Claim Filed |
| 17. | Medical Collections | Unsecured | | No Claim Filed |
| 18. | Medical Collections | Unsecured | | No Claim Filed |
| 19. | Medical Collections | Unsecured | | No Claim Filed |
| 20. | Medical Collections | Unsecured | | No Claim Filed |
| 21. | Medical Collections | Unsecured | | No Claim Filed |
| 22. | Medical Collections | Unsecured | | No Claim Filed |
| 23. | Medical Collections | Unsecured | | No Claim Filed |
| 24. | Illinois Dept Of Public Aid | Unsecured | | No Claim Filed |
| 25. | Medical Collections | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Barber 4th, Richard | | Case Number: 07 B 17275 |
|---|---|---|---|
| | | | Judge: Wedoff, Eugene R |
| | Printed: 1/29/08 | | Filed: 9/21/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Medical Collections | Unsecured | | No Claim Filed |
| 27. | Medical Collections | Unsecured | | No Claim Filed |
| 28. | MRSI | Unsecured | | No Claim Filed |
| 29. | MRSI | Unsecured | | No Claim Filed |
| 30. | MRSI | Unsecured | | No Claim Filed |
| 31. | MRSI | Unsecured | | No Claim Filed |
| 32. | MRSI | Unsecured | | No Claim Filed |
| 33. | Illinois Dept Of Public Aid | Unsecured | | No Claim Filed |
| 34. | MRSI | Unsecured | | No Claim Filed |
| 35. | MRSI | Unsecured | | No Claim Filed |
| 36. | MRSI | Unsecured | | No Claim Filed |
| 37. | MRSI | Unsecured | | No Claim Filed |
| 38. | MRSI | Unsecured | | No Claim Filed |
| 39. | MRSI | Unsecured | | No Claim Filed |
| 40. | MRSI | Unsecured | | No Claim Filed |
| 41. | Sherman Acquisition | Unsecured | | No Claim Filed |
| 42. | MRSI | Unsecured | | No Claim Filed |
| 43. | MRSI | Unsecured | | No Claim Filed |
| 44. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 45. | MRSI | Unsecured | | No Claim Filed |
| 46. | MRSI | Unsecured | | No Claim Filed |
| 47. | MRSI | Unsecured | | No Claim Filed |
| 48. | MRSI | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 3,526.78 | $ 201.52 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 11.50 |
| | _____ |
| | $ 11.50 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

